April 19, 1984.

474 A.2d 666

Banks et vir., Appellants, v. C.C. Charlies Inc.

Argued February 22, 1984. George M. Bobrin, for appellants; Pamela B. Gagne, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment affirmed.